# EXHIBIT J

General Docket
United States Court of Appeals for the Sixth Circuit

| | |
|---|---|
| Court of Appeals Docket #: 15-1059<br>Nature of Suit: 4290 Real Property: Other<br>Barbara Ellis v. Chase Home Finance, LLC, et al<br>Appeal From: Eastern District of Michigan at Detroit<br>Fee Status: fee paid | Docketed: 01/22/2015<br>Termed: 02/08/2016 |

Case Type Information:
 1) Civil
 2) Private
 3) Diversity

Originating Court Information:
 District: 0645-2 : 2:14-cv-11186
 Trial Judge: Laurie J. Michelson, U.S. District Judge
 Magistrate Judge: Michael Hluchaniuk
 Date Filed: 03/20/2014
 Date Order/Judgment:           Date NOA Filed:
 12/16/2014                     01/14/2015

Prior Cases:
 None

Current Cases:
 None

---

BARBARA ANN ELLIS
    Plaintiff - Appellant

Barbara Ann Ellis
Direct: 786-505-5265
[NTC Pro Se]
8293 Huron River Road
South Rockwood, MI 48179

v.

CHASE HOME FINANCE, LLC
    Defendant - Appellee

Christyn Monique Scott
Direct: 248-203-0746
[COR LD NTC Retained]
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

Thomas H. Trapnell
Direct: 313-568-6712
[COR NTC Retained]
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

JPMORGAN CHASE BANK, N.A.
    Defendant - Appellee

Christyn Monique Scott
Direct: 248-203-0746
[COR LD NTC Retained]
(see above)

Kyle R. Dufrane
Direct: 313-568-6800
[NTC Retained]
Dykema Gossett
Firm: 313-568-6800
400 Renaissance Center
Detroit, MI 48243

Thomas H. Trapnell
Direct: 313-568-6712
[COR NTC Retained]
(see above)

| | |
|---|---|
| UNKNOWN TRUST, THE CURRENTLY UNKNOWN ASSET-BACKED SECURITY AT ISSUE<br>    Defendant - Appellee | Christyn Monique Scott<br>Direct: 248-203-0746<br>[COR LD NTC Retained]<br>(see above)<br><br>Thomas H. Trapnell<br>Direct: 313-568-6712<br>[COR NTC Retained]<br>(see above) |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Washington Mutual Mortgage Pass-Through Certificate, Series 2004-AR<br>    Defendant - Appellee | Christyn Monique Scott<br>Direct: 248-203-0746<br>[COR LD NTC Retained]<br>(see above)<br><br>Kyle R. Dufrane<br>Direct: 313-568-6800<br>[NTC Retained]<br>(see above)<br><br>Thomas H. Trapnell<br>Direct: 313-568-6712<br>[COR NTC Retained]<br>(see above) |

BARBARA ANN ELLIS

    Plaintiff - Appellant

v.

CHASE HOME FINANCE, LLC; JPMORGAN CHASE BANK, N.A.; UNKNOWN TRUST, THE CURRENTLY UNKNOWN ASSET-BACKED SECURITY AT ISSUE; DEUTSCHE BANK NATIONAL TRUST COMPANY, as Trustee for Washington Mutual Mortgage Pass-Through Certificate. Series 2004-AR

    Defendants - Appellees

| Date | Entry | Description |
|---|---|---|
| 01/22/2015 | 1<br>3 pg, 12.51 KB | Civil Case Docketed. Notice filed by Appellant Barbara A. Ellis. Transcript needed: n. (BPA) |
| 01/22/2015 | 2 | The case manager for this case is: Ben Alexander (BPA) |
| 01/22/2015 | 3<br>5 pg, 18.06 KB | BRIEFING LETTER SENT: appellant brief due 03/06/2015;. appellee brief due 04/08/2015; (BPA) |
| 01/22/2015 | 4<br>1 pg, 113.25 KB | APPEARANCE filed for Appellant Barbara A. Ellis by Adam J. Gantz Gantz Associates. Certificate of Service: 01/22/2015. (AJG) |
| 01/22/2015 | 5<br>1 pg, 60.03 KB | CIVIL APPEAL STATEMENT OF PARTIES AND ISSUES filed by Attorney Mr. Adam Jeremy Gantz for Appellant Barbara A. Ellis. Certificate of Service:01/22/2015. (AJG) |
| 01/22/2015 | 6<br>2 pg, 60.48 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Adam Jeremy Gantz for Appellant Barbara A. Ellis Certificate of Service: 01/22/2015. (AJG) |
| 01/22/2015 | 7<br>1 pg, 239.73 KB | TRANSCRIPT ORDER FORM filed by Mr. Adam Jeremy Gantz for Barbara A. Ellis; No hearings held in District Court. Certificate of Service: 01/22/2015. (AJG) |
| 01/23/2015 | 8 | Mediation Office is involved in this appeal. (LMR) |
| 01/23/2015 | 9<br>2 pg, 23.26 KB | A Telephone Mediation conference has been scheduled for 02/12/2015 at 2:00 PM (ET) with Rod McFaull. [Please open notice for important details and deadlines.] (LMR) |
| 01/23/2015 | 10<br>1 pg, 25.44 KB | APPEARANCE filed for Appellees Chase Home Finance, LLC, Deutsche Bank National Trust Company and JPMorgan Chase Bank, N.A. by Thomas H. Trapnell. Certificate of Service: 01/23/2015. (THT) |
| 01/23/2015 | 11<br>2 pg, 30.77 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Thomas H. Trapnell for Appellees Chase Home Finance, LLC, Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A. and Unknown Trust, the currently unknown asset-backed security at issue Certificate of Service: 01/23/2015. (THT) |
| 01/23/2015 | 12<br>2 pg, 30.98 KB | CORPORATE DISCLOSURE STATEMENT filed by Attorney Mr. Thomas H. Trapnell for Appellees Chase Home Finance, LLC, Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A. and Unknown Trust, the currently unknown asset-backed security at issue Certificate of Service: 01/23/2015. (THT) |
| 01/23/2015 | 13<br>1 pg, 25.42 KB | APPEARANCE filed for Appellees Chase Home Finance, LLC, Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A. and Unknown Trust, the currently unknown asset-backed security at issue by Christyn M. Scott. Certificate of Service: 01/23/2015. (CMS) |
| 02/12/2015 | 14 | The case manager for this case is now: Laura Jones (PJE) |
| 02/24/2015 | 15<br>10 pg, 110.25 KB | MOTION filed by Mr. Adam Jeremy Gantz for Barbara A. Ellis for Adam Jeremy Gantz to withdraw as counsel for Barbara Ellis, Appellant. Certificate of Service: 02/24/2015. (AJG) |
| 02/25/2015 | 16<br>2 pg, 28.24 KB | ORDER granting motion to withdraw as counsel [15] filed by Mr. Adam Jeremy Gantz. The current briefing schedule is cancelled, and appellant has thirty (30) days from the date of this order to retain new counsel or inform the court that they will be proceeding pro se. (LAJ) |
| 03/26/2015 | 17<br>3 pg, 61.85 KB | NOTIFICATION filed by Ms. Barbara Ann Ellis regarding pro se status. Certificate of Service: 03/25/2015. (LAJ) |
| 03/30/2015 | 18<br>2 pg, 12.31 KB | BRIEFING LETTER SENT setting pro se briefing schedule: appellant brief due 05/12/2015;. appellee brief due 06/15/2015. (LAJ) |
| 04/02/2015 | 19 | Mediation Office is no longer involved in this appeal. (MLB) |
| 05/12/2015 | 20<br>198 pg, 3.68 MB | APPELLANT BRIEF filed by Ms. Barbara Ann Ellis. Copies:1. Argument Request: not received. (LAJ) |
| 06/15/2015 | 21<br>33 pg, 133.57 KB | APPELLEE BRIEF filed by Mr. Thomas H. Trapnell for Chase Home Finance, LLC, Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A. and Unknown Trust, the currently unknown asset-backed security at issue. Certificate of Service:06/15/2015. Argument Request: requested. (THT) |
| 07/08/2015 | 22<br>11 pg, 360.35 KB | Appellant MOTION filed by Ms. Barbara Ann Ellis to extend time to file REPLY brief. Certificate of service: 07/07/2015. (RGF) |
| 07/09/2015 | 23<br>2 pg, 25.62 KB | RULING LETTER SENT GRANTING APPELLANT'S motion to extend time to file REPLY brief [22] filed by Ms. Barbara Ann Ellis. The reply brief is now due to be mailed on or before July 13, 2015. (RGF) |
| 07/14/2015 | 24 | ***LOCKED - see below *** REPLY BRIEF filed by Party Ms. Barbara Ann Ellis Copies:01. Certificate of Service:07/13/2015. --[Edited 07/22/2015 by LAJ - BRIEF WAS RECEIVED WITHOUT EXHIBITS - APPELLANT HAS FILED A CORRECTED REPLY BRIEF] (RGF) |
| 07/14/2015 | 25<br>158 pg, 3.12 MB | Appellant MOTION filed by Ms. Barbara Ann Ellis to sanction the appellee and counsel for bad faith conduct. Certificate of service: 07/13/2015. (RGF) |
| 07/14/2015 | | |

| | | | |
|---|---|---|---|
| | ☐ 26<br>141 pg, 3.51 MB | | Appellant MOTION filed by Ms. Barbara Ann Ellis for correction of the record. Certificate of service: 07/13/2015. (RGF) |
| 07/15/2015 | ☐ 27<br>42 pg, 806.37 KB | | CORRESPONDENCE: regarding service on appellees of Appellant's Reply Brief, by Ms. Barbara Ann Ellis. (LAJ) |
| 07/15/2015 | ☐ 28<br>44 pg, 643.53 KB | | CORRECTED REPLY BRIEF filed by Ms. Barbara Ann Ellis. Certificate of Service: not attached. (LAJ) |
| 07/24/2015 | ☐ 29<br>7 pg, 39.25 KB | | RESPONSE in opposition filed regarding a motion sanction, [25]; previously filed by Ms. Barbara Ann Ellis in 15-1059. Response from Attorney Mr. Thomas H. Trapnell for Appellees Chase Home Finance, LLC, Deutsche Bank National Trust Company, JPMorgan Chase Bank, N.A. and Unknown Trust, the currently unknown asset-backed security at issue Certificate of Service:07/24/2015. (THT) |
| 07/24/2015 | ☐ 30<br>43 pg, 764.64 KB | | Errata to Reply brief filed 07/15/2015 by Ms. Barbara Ann Ellis. (LAJ) |
| 07/31/2015 | ☐ 32<br>4 pg, 57.06 KB | | Appellant MOTION filed by Ms. Barbara Ann Ellis to extend time to file reply to appellee response to motion to sanction due to illness. Certificate of service: 07/30/2015. (LAJ) |
| 08/04/2015 | ☐ 33<br>1 pg, 10.07 KB | | RULING LETTER SENT granting motion to extend time to reply to appellees' response to the motion to sanction [32] filed by Ms. Barbara Ann Ellis. The reply is now due on or before August 4, 2015. (LAJ) |
| 08/04/2015 | ☐ 34<br>104 pg, 1.73 MB | | REPLY filed by Ms. Barbara Ann Ellis regarding appellees' response to the motion for sanctions. Certificate of Service: 08/04/2015. (LAJ) |
| 08/12/2015 | ☐ 35<br>5 pg, 76.07 KB | | Appellant MOTION filed by Ms. Barbara Ann Ellis requesting oral argument. Certificate of service: 08/10/2015. (LAJ) |
| 09/04/2015 | ☐ 36<br>4 pg, 57.6 KB | | Appellant MOTION filed by Ms. Barbara Ann Ellis to extend time to file motions due to illness. Certificate of service: 09/03/2015. (LAJ) |
| 09/11/2015 | ☐ 37<br>5 pg, 77.37 KB | | Appellant Second MOTION filed by Ms. Barbara Ann Ellis to extend time to file motions due to illness. Certificate of service: 09/09/2015. (LAJ) |
| 09/11/2015 | ☐ 38<br>2 pg, 28.55 KB | | ORDER DENYING motions to extend time to file motions due to illness [36] [37] filed by Ms. Barbara Ann Ellis. (LAJ) |
| 09/21/2015 | ☐ 39<br>60 pg, 691.61 KB | | PRO SE MOTIONS AND WRITS filed by Ms. Barbara Ann Ellis. Certificate of service: 09/18/2015.--[Edited 09/23/2015 by LAJ to add exhibits inadvertently omitted at filing.] (LAJ) |
| 02/08/2016 | ☐ 40<br>6 pg, 220.03 KB | | ORDER: the district court's judgment is AFFIRMED. All outstanding motions [25] [26] [35] [39] are DENIED, pursuant to FRAP 34(a)(2)(C), decision not for publication. R. Guy Cole, Jr., Chief Circuit Judge; Jeffrey S. Sutton, Circuit Judge and Bernice Bouie Donald, Circuit Judge. (LAJ) |
| 02/22/2016 | ☐ 41<br>80 pg, 2.78 MB | | PETITION for en banc rehearing filed by Ms. Barbara Ann Ellis. Certificate of Service: 02/22/2016. (BLH) |
| 02/22/2016 | ☐ 42 | | TENDERED: exhibit D to the petition for rehearing en banc. These documents do not appear to be part of the district court record. Received from Appellant Ms. Barbara Ann Ellis.(LOCKED; documents are graphic).--[Edited 02/24/2016 by BLH] (BLH) |
| 05/23/2016 | ☐ 43<br>2 pg, 75.13 KB | | ORDER filed denying petition for en banc rehearing [41] filed by Ms. Barbara Ann Ellis. R. Guy Cole, Jr., Chief Circuit Judge; Jeffrey S. Sutton and Bernice Bouie Donald, Circuit Judges. (BLH) |
| 05/31/2016 | ☐ 44<br>140 pg, 6.36 MB | | Appellant MOTION filed by Ms. Barbara Ann Ellis to stay mandate pending filing of a petition for writ of certiorari. Certificate of service: 05/31/2016. (LAJ) |
| 06/07/2016 | ☐ 45<br>2 pg, 27.99 KB | | ORDER denying motion to stay mandate [44] filed by Ms. Barbara Ann Ellis. R. Guy Cole, Jr., Chief Circuit Judge; Jeffrey S. Sutton, Circuit Judge and Bernice Bouie Donald, Circuit Judge. (LAJ) |
| 06/07/2016 | ☐ 46<br>2 pg, 11.33 KB | | MANDATE ISSUED with no costs taxed. (LAJ) |

[ Clear All ]

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: [0]   Selected Size: [0 KB]   (Max: 20 MB)

[ View Selected ]

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 10/25/2016 11:36:11 ||||
| PACER Login: | dg08212015:4503105:0 | Client Code: | |
| Description: | Docket Report (filtered) | Search Criteria: | 15-1059 |
| Billable Pages: | 3 | Cost: | 0.30 |