# EXHIBIT K

## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Deborah S. Hunt
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 08, 2016

Ms. Barbara Ann Ellis
8293 Huron River Road
South Rockwood, MI 48179

Ms. Christyn Monique Scott
Dykema Gossett
39577 Woodward Avenue
Suite 300
Bloomfield Hills, MI 48304

Re: Case No. 15-1059, *Barbara Ellis v. Chase Home Finance, LLC, et al*
Originating Case No. : 2:14-cv-11186

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Laura A. Jones
Case Manager
Direct Dial No. 513-564-7023

cc:  Mr. Kyle R. Dufrane
     Mr. Thomas H. Trapnell
     Mr. David J. Weaver

Enclosure

Mandate to issue