# EXHIBIT L

| Approved, SCAO | To order this form, call (517) 337-1211 Target Information Management, Inc. | Original - Court 1st copy - Defendant 2nd copy - Defendant 3rd copy - Plaintiff |
|---|---|---|
| STATE OF MICHIGAN 1st JUDICIAL DISTRICT | JUDGMENT LANDLORD-TENANT | CASE NO. 16-V-4128-SP Hon. Jack Vitale |

Court address: 106 E. 1st Street, Monroe, MI 48161    Court telephone: 734-240-7090

**Plaintiff**: JPMorgan Chase Bank, National Association

v

**Defendant**: Barbara A. Ellis

Trott Law, P.C.
By: Richard Welke (P44403)
31440 Northwestern Highway, Ste. 200
Farmington Hills, MI 48334
248-723-5765

Plaintiff/Attorney ☐ Personal service

Barbara A. Ellis
In Pro Per
8293 S. Huron River Drive
South Rockwood, MI 48179

Defendant/Attorney ☐ Personal service

**THE COURT FINDS:**

by ☒ hearing ☐ default* ☐ consent

*For a defendant on active military duty, default judgment not be entered except as provided by the Servicemembers Relief Act.

**POSSESSION JUDGMENT**

☒ 1. The plaintiff has a right to recover possession of the property.
☐ 2. There is now due to plaintiff for nonpayment of rent:
   a. Rent to retain possession $ ~~~~
   b. Costs ............................. $ ~~~~
   c. Total ............................. $ ~~~~
☐ 3. The defendant has a right to retain possession

**TO THE DEFENDANT:**

☒ 4. ☐ a. The plaintiff can apply for an order evicting the defendant if the defendant does not pay the plaintiff or the court the amount due in item 2c above or does not move out on or before ~~September 27, 2016~~
Date

☒ b. The plaintiff can apply for an order evicting the defendant if the defendant does not move out on or before September 27, 2016
Date

☐ c. An immediate order of eviction shall be entered pursuant to MCL 600.5744(2).
☐ 5. The defendant may be liable for money damages after moving if additional rent is owed or if there is damage to the property
☐ 6. Acceptance of partial payment of the total amount due in item 2c above ☐ will ☐ will not prevent the court from issuing an order evicting the defendant.
☒ 7. No money judgment is entered at this time.

**MONEY JUDGMENT**

☐ 8. A possession judgment was previously entered.
☐ 9. A money judgment, which will earn interest at statutory rates, is entered as follows:
Damages $ ~~~~
Costs $ ~~~~
Total $ ~~~~

10. **FURTHER ORDERS:** _____

Date: Sept 16, 2016

Judge: JACK VITALE P-21847

YOU ARE ADVISED that you may file a motion for a new trial, a motion to set aside a default judgment, or an appeal and appeal bond which must comply with all court rules and must be filed in court by 9-27-2016. You may want legal help.

☐ MCR 4.201(I) was explained to the parties.

**CERTIFICATE OF MAILING:** I certify that on this date I served a copy of this judgment on the parties or their attorneys by first-class mail addressed to their last-known addresses as defined in MCR 2.107(C)(3).

_____  _____
Date  Deputy clerk

**Approved:** 9-16-16
Date    Plaintiff/Attorney P44403

11-56293-mlo    Doc 27-12    Filed 12/19/16    Entered 12/19/16 16:53:39    Page 2 of 2